# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Joshua Rivera,

              Plaintiff,

v.

Robert Wilkie, Acting Secretary of
Veterans Affairs; Kimberly Girard;
and Victoria Arnoldi,

              Defendants.

Civil No. 18-cv-1322 (DSD/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 16, 2018                /s David S. Doty  
                                                  DAVID S. DOTY  
                                                  United States District Judge